**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

BOB ROSS INC.,

           Plaintiff,

        v.

lang01,

           Defendant.

No. 25-cv-09890

Judge Georgia N. Alexakis
Magistrate Judge Jeffrey T. Gilbert

**PLAINTIFF'S MOTION FOR ELECTRONIC**
**SERVICE OF PROCESS PURSUANT TO FED. R. CIV. P. 4(f)(3)**

Plaintiff Bob Ross, Inc ("Plaintiff") seeks this Court's authorization to effectuate service

of process by e-mail and electronic publication. A Memorandum of Law in Support is filed

concurrently with this Motion.

Dated: October 7, 2025

Respectfully submitted,

/s/ James E. Judge

Zareefa B. Flener (IL Bar No. 6281397)
James E. Judge (IL Bar No. 6243206)
Ying Chen (IL Bar No. 6346961)
Flener IP Law, LLC
77 West Washington Street, Suite 800
Chicago, Illinois 60602
(312) 724-8874
jjudge@fleneriplaw.com