**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

BR, Inc.

Plaintiff,

v.

Case No.:
1:25−cv−09890

Honorable Georgia N.
Alexakis

The Partnerships and Unincorporated Associations
Identified in Schedule A, et al.

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 8, 2025:

MINUTE entry before the Honorable Georgia N. Alexakis: Plaintiff's motions for expedited discovery and electronic service of process are granted [10], [11]. The Court finds that expedited discovery is warranted to identify defendants. The Court also finds that electronic service does not violate any treaty and is consistent with due process because it is an effective way to communicate with the online marketplace defendants. The Court decides these issues, however, without the benefit of adversarial presentation. If any defendant were to appear and object, the Court will take a fresh look at the issues of electronic service and expedited discovery as well as any issues related to personal jurisdiction. Enter Order, as modified by the Court. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.